UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | MAGISTRATE NO. 2:15-MJ-00010-1 |
| | § | |
| JAVIER CHAPA | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial. He was the driver of a vehicle that contained an illegal alien, and admitted he was aware that the person was illegally in the country. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant is a gang member, a daily illegal drug user, and has a violent criminal history. His criminal history reflects he is unwilling and unable to comply with court-ordered conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation

with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 8th day of January, 2015.

*[signature: B. Janice Ellington]*
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE